UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HAND, | 6:13-cv-315-TC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION |
| RYAN LOOSLI, et al., | |
| Defendants. | |

COFFIN, Magistrate Judge:

On March 27, 2013, I granted plaintiff leave to proceed in forma pauperis and dismissed her complaint service of process with leave to file an amended complaint within thirty days. I cautioned plaintiff that failure to file an amended complaint would result in findings and recommendation that this matter be dismissed. The Clerk mailed a copy of my order to plaintiff at her address of record, but it was returned as "undeliverable." (#7). Plaintiff, however, has an obligation to keep the court informed of her current mailing address.

### Conclusion

As no amended complaint has been filed within thirty days, I recommend that the court dismiss this complaint without prejudice for failure to prosecute.

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due no later than fourteen days after the date this order is filed. The parties are advised that the failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

Page 1 – FINDINGS AND RECOMMENDATION

1991). If no objections are filed, review of the Findings and Recommendation will go under advisement on that date. If objections are filed, any party may file a response within fourteen days after the date the objections are filed. Review of the Findings and Recommendation will go under advisement when the response is due or filed, whichever date is earlier.

IT IS SO ORDERED

DATED this __9__ day of May 2013.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 – FINDINGS AND RECOMMENDATION